935 A.2d 760

IN THE MATTER OF BERNARD MEITERMAN, AN ATTORNEY AT LAW (ATTORNEY NO. 046251989).

November 1, 2007.

### ORDER

**BERNARD MEITERMAN** of **ENGLISHTOWN,** who was admitted to the bar of this State in 1990, having pleaded guilty in the United States District Court for the District of New Jersey to Count 10 of a superseding indictment charging him with use of the United States mail to promote and facilitate a racketeering enterprise in violation of 18 *U.S.C.A.* 1952(a)(3) and 2, and good cause appearing;

It is ORDERED that pursuant to *Rule* 1:20–13(by)(1), **BERNARD MEITERMAN** is temporarily suspended from the practice of law pending the final resolution of ethics proceedings against

him, effective immediately and until the further Order of this Court; and it is further

ORDERED that **BERNARD MEITERMAN** be restrained and enjoined from practicing law during the period of his suspension; and it is further

ORDERED that **BERNARD MEITERMAN** comply with *Rule* 1:20–20 dealing with suspended attorneys; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this state.